UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV25-11687-MWC-AS | Date | April 10, 2026 |
| Title | Carolina Silos Sityar v. Equifax Information Services, LLC, et al. | | |

Present: The Honorable   MICHELLE WILLIAMS COURT, U.S. District Judge

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL AS TO <u>EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION LLC</u> (DKT. [26] [27])**

On April 10, 2026, a notice of settlement was filed stating that a settlement has been reached between Plaintiff and Defendants Equifax Information Services, LLC <u>and</u> Trans Union LLC. The Court sets an Order to Show Cause re Dismissal for May 29, 2026. If a dismissal is not filed by May 29, 2026, counsel shall file a response to the Order to Show Cause, which includes the status of the settlement and the anticipated date the dismissal will be filed. The response shall not include any substantive contents of any settlement discussions between the parties. In light of the foregoing, all dates and deadlines are vacated as to **Equifax Information Services, Inc. <u>and</u> Trans Union LLC.**

|  | : |
|---|---|
| **Initials of Preparer** | TJ |

CIVIL MINUTES –
ORDER TO SHOW CAUSE