# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CAROLINA SILOS SITYAR,

       Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC,

       Defendants.

Case No. 2:25−cv−11687−MWC−AS

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS EQUIFAX INFORMATION SERVICES, LLC AND TRANS UNION LLC  (DKT. 29)**

**JS-6**

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendants Equifax Information Services, LLC and Trans Union LLC, and good cause appearing, **IT IS ORDERED** that the Stipulation is **GRANTED**. The above-entitled matter is hereby dismissed with prejudice.  The Clerk of Court is directed to close this case.

     **IT IS SO ORDERED.**

Dated: May 22, 2026

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

- 1 -